# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MCM CAPITAL PARTNERS, LLC, as trustee for VENTURES TRUST 2013 I-H-R, a Maryland limited liability company,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SATICOY BAY LLC SERIES 6684 CORONADO CREST, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:15-cv-01154-JCM-GWF<br><br>**ORDER** |

　　　This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order.  The Amended Complaint (#17) in this matter was filed July 7, 2015. Defendant Red Rock Financial Services, LLC filed its Answer (#25) on August 3, 2015.  Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order.  To date, the parties have not complied.  Accordingly,

　　　**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **October 13, 2015** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

　　　DATED this 1st day of October, 2015.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge