**ZIEVE, BRODNAX & STEELE, LLP**
Shadd A. Wade, Esq.
Nevada Bar No. 11310
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Tel:   (702) 948-8565; Fax:  (702) 446-9898
swade@zbslaw.com
*Attorneys for Plaintiff/Counter-defendant, MCM Capital Partners LLC, as trustee for Ventures Trust 2013 I-H-R*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MCM CAPITAL PARTNERS, LLC, as trustee for VENTURES TRUST 2013 I-H-R, a Maryland limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>SATICOY BAY LLC SERIES 6684 CORONADO CREST, a limited liability company; JOSEPH L. STIMACH, an individual; SHARON L. STIMACH, an individual; CORONADO RANCH LANDSCAPE MAINTENANCE CORPORATION, a Nevada non-profit corporation; RED ROCK FINANCIAL SERVICES, LLC, a Delaware limited liability company; DOES 1 through 25, inclusive; ROES business entities 1 through 10, inclusive.<br><br>Defendants. | **CASE NO.:** 2:15-cv-01154-JCM-GWF<br><br>**ORDER GRANTING JOINT MOTION TO RE-OPEN DISPOSITIVE MOTION BRIEFING (FIRST REQUEST)** |

Having considered the Joint Motion to Re-Open Dispositive Motion Briefing [ECF 83]; Pursuant to Fed. R. Civ. P. 6(b)(2) and Local Rule IA 6-1, and good cause appearing therefor, the Motion is hereby **GRANTED**.

**IT IS ORDERED THAT**:

Any party wishing to file a dispositive motion may do so by filing same on or before Friday, **November 10, 2017**. Any responses, oppositions, and replies to any such Motion must

be filed pursuant to the normal timelines set forth in the Federal Rules of Civil Procedure and the Local Rules of Practice, United States District Court, District of Nevada.

**IT IS SO ORDERED.**

DATED: September 8, 2017

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

ZIEVE, BRODNAX & STEELE, LLP

 /s/ *Shadd A. Wade*
Shadd A. Wade, Esq.
*Attorneys for Plaintiff/Counter-defendant,*
*MCM Capital Partners LLC, as trustee*
*for Ventures Trust 2013 I-H-R*