UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MCM CAPITAL PARTNERS, LLC, <br><br>   Plaintiff(s),<br><br> v.<br><br> SATICOY BAY LLC SERIES 6684 CORONADO CREST, et al.,<br><br>   Defendant(s). | Case No. 2:15-CV-1154 JCM (GWF)<br><br>ORDER |

Presently before the court is the matter of *MCM Capital Partners, LLC v. Haddad et al.*, case number 2:10-cv-01224-JCM-VCF.

On July 13, 2020, the Ninth Circuit issued its judgment remanding this matter in light of the parties' settlement agreement. (ECF No. 106). Plaintiff MCM Capital Partners LLC requested that this matter be remanded so it can move to enforce the fully executed settlement agreement. (ECF No. 104).

The parties are ordered to move as necessary before this court to resolve this matter within thirty (30) days of the entry of this order.

Accordingly,

IT IS SO ORDERED.

DATED July 22, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**